PEOPLE v KREPS. Appeal from St. Joseph, Mark S. Andrews, J. Submitted Division 3 March 8, 1972, at Grand Rapids. (Docket No. 10841.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *James Noecker,* Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Jane Burgess,* Assistant Defender, for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and DANHOF, JJ.

MEMORANDUM OPINION. The defendant pled guilty in St. Joseph County Circuit Court to a charge of breaking and entering a building.* Following his plea, the defendant was sentenced to a term of three to ten years and appeals from that sentence.

The defendant contends that the requirements of *Boykin v Alabama,* 395 US 238; 89 S Ct 1709; 23 L Ed 2d 274 (1969), were not met

---

* MCLA 750.110; MSA 28.305.

because the trial court did not inform him of his privilege against self-incrimination before accepting the plea.

The record confirms that the defendant was not specifically advised of his constitutional privilege against self-incrimination. Accordingly the conviction is reversed, the plea is vacated and the cause remanded to the trial court for further proceedings on the basis of *People v Jaworski,* 387 Mich 21 (1972). (Released March 9, 1972.)